**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **AREDIA® AND ZOMETA® PRODUCTS** | ) | |
| **LIABILITY LITIGATION** | ) | |
| | ) | **No. 3:06-MD-1760** |
| **(MDL No. 1760)** | ) | **Judge Campbell/Brown** |
| | ) | |
| **This Document Relates to:** | ) | |
| | ) | |
| **3:06-CV-00376 (Kalily)** | ) | **3:06-CV-00969 (Chertkova)** |
| **3:06-CV- 00514 (McIntosh)** | ) | **3:06-CV-00975 (Wegner)** |
| **3:06-CV-00815 (Frazier)** | ) | **3:06-CV-00976 (Weitmann)** |
| **3:06-CV-00817 (Kuzara)** | ) | **3:06-CV-00977 (Cherry)** |
| **3:06- CV-00861 (Maya)** | ) | **3:06-CV-01026 (Summers)** |
| **3:06- CV-00960 (Waller)** | ) | **3:07-CV-00007 (A. Davis)** |

<u>**ORDER**</u>

On March 8, 2013, Osborn Law filed a motion for an extension of time to complete discovery in the twelve cases listed above. (DE 6448) NPC filed a response opposing the motion on March 25, 2013. (DE 6506)

Osborn Law's motion was addressed by the parties at the April 11, 2013 hearing conducted under Rule 16, Fed. R. Civ. P. Based on discovery agreements reached by the parties in the context of NPC's parallel motion to compel discovery (DE 6449), the parties agreed that this motion was moot. Therefore, Osborn Law's motion for an extension of time to complete discovery (DE 6488) is **TERMINATED AS MOOT**.

It is so **ORDERED**.

Entered this 16th day of April, 2013.


/s/Joe B. Brown_____
Joe B. Brown
United States Magistrate Judge